**Order entered July 30, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00632-CV

### OFFICE OF THE ATTORNEY GENERAL, Appellant

### V.

### GINGER WEATHERSPOON, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC09-06233**

## ORDER

The Court has before it appellant's July 29, 2013 emergency motion for stay pursuant to Texas Rule of Appellate Procedure 29.3. The Court requests that appellee file a response to the motion by 5:00 p.m. on August 9, 2013. The Court temporarily **STAYS** all proceedings in the trial court. This stay shall remain in effect until 5:00 p.m. on August 13, 2013.

/s/     MICHAEL J. O'NEILL
JUSTICE